**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-417-MOC-DCK**

| | | |
|---|---|---|
| **WILLIS TOWERS WATSON SOUTHEAST, INC.,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **ALLIANT INSURANCE SERVICES, INC., et al.,** | ) ) ) | |
| **Defendants**. | ) ) ) | |

   **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by M. Todd Sullivan, concerning Debra L. Fischer, on August 13, 2021. Debra L. Fischer seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

   **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Debra L. Fischer is hereby admitted *pro hac vice* to represent Defendants.

   **SO ORDERED**.

Signed: August 13, 2021

David C. Keesler
United States Magistrate Judge