IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-417-MOC-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., | ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| ALLIANT INSURANCE SERVICES, INC., et al., | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by M. Todd Sullivan, concerning Seth M. Gerber, on August 13, 2021. Seth M. Gerber seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Seth M. Gerber is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: August 13, 2021

David C. Keesler
United States Magistrate Judge