# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-417-MOC-DCK

| | |
|---|---|
| **WILLIS TOWERS WATSON SOUTHEAST, INC.,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) **ORDER**<br>) |
| **ALLIANT INSURANCE SERVICES, INC., et al.,** | )<br>)<br>) |
| **Defendants**. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Matthew S. DeAntonio, concerning Gary B. Eidelman, on August 13, 2021. Gary B. Eidelman seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Gary B. Eidelman is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 13, 2021

David C. Keesler
United States Magistrate Judge